7-24CV-085-O

Jerome Jordan
02223886
James Allred Unit
2101 FM 369 North
Iowa Park, Tx 76367

US District Court Clerk
1000 Lamar St suite #203
Wichta Falls, Tx 76301

Tort Claims

VS

Texas Department of Criminal Justice
Property officer Mrs Johson,
MCconelle Unit Beeville Tx
Holliday Unit Intake staff
Coffield Unit Lt Brown Sgt. Shepard
Mrs. Orurka Property Room
James Allred Unit 2101 FM 369 North
Iowa Park, Tx 76367



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN - 4 2024
CLERK, U.S. DISTRICT COURT
By _____ Deputy

## Conversions

Lt Brown on coffield is responsible for losing 100 dollars worth of food stamps envelope pen paper legal work shoe's Thermal Top bottom. Sgt Shepard lost 600 pictures of Family and friends. Holliday lost my shoes food stamps, shirt, shorts, in the amount of 300 dollars Mrs. Orurka on Allred Unit told me that if I did not sign for my property that hell wold freeze over before I get it back January 9-2024 on Fwing Level 3. I told her I were waiting for my grievance responce. Also about 1,400 cash missing from my account that the I.R.S is trying to track down. Also I need a lawyer for 1983 suit about ("money") filed back in 2023 I were poisond on Montford Unit, Allred Unit, and Robison Unit. I have nothing to write with because Mrs O has all of my property

Jerome Soldom #02223586
James V Allred Unit
2101 FM 369 N
Iowa Park TX 76367

US District Clerk
1000 Lamar St suite #203
Wichita Falls TX 76301

JUN -4 2024
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

(Legal Mail)

(Confidential)

3 Stamps

PRIVILEGED OFFENDER MAIL
NOT INSPECTED TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE CORRECTIONAL
INSTITUTIONS DIVISION